United States District Court
Southern District of Texas
**ENTERED**
July 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OVERWATCH VENTURES LLC, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:24-CV-01244 |
| | § | |
| WESTERN WORLD INSURANCE COMPANY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On June 5, 2024, Plaintiff's Motion for Remand (Dkt. 14) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). *See* Dkt. 18. Judge Edison filed a Memorandum and Recommendation on July 10, 2024, recommending that Plaintiff's Motion for Remand (Dkt. 14) be **GRANTED**. *See* Dkt. 21.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 21) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's Motion for Remand (Dkt. 14) is **GRANTED**; and

(3)   This matter is **REMANDED** to the 400th Judicial District Court in Fort Bend County, Texas.

It is so **ORDERED**.

SIGNED at Houston, Texas on July 26, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE